IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                             NO. 4:10CR00039-01 GTE

DWALYN G. JOHNSON                                                     DEFENDANT

## SUPPLEMENTAL JUDGMENT

Pending before the Court is the Motion to Revoke [Doc . 16] filed February 15, 2011. A hearing was held on March 8, 2011, before the Hon. G. Thomas Eisele. Present were the Defendant Dwalyn G. Johnson, his attorney, Assistant Federal Defender Kim Driggers, Assistant United States Attorney Jana Harris and Tabitha Mitchell, United States Probation Officer. The Court went over the Violation Memorandum and Defendant admitted all of the violations contained therein. The Court concluded that Defendant had violated the conditions of his supervised release.

IT IS THEREFORE ORDERED, that the Motion to Revoke [Doc. 16] is hereby GRANTED and Defendant's term of Supervised Release is hereby revoked.

The Court imposes a sentence of **SEVEN (7) MONTHS** in the Bureau of Prisons. The Court recommends that the Defendant participate in non-residential substance abuse treatment and educational and vocational programs during incarceration. The Defendant will be allowed to self-report on April 11, 2011, by 2:00 p.m. to the designated institution or to the United States Marshal.

The Court imposes a term of **ONE (1) YEAR** of Supervised Release to follow imprisonment. During the term of Supervised release the Defendant shall participate under the guidance and supervision of the U.S. Probation Office, in a substance abuse treatment program

which may include testing, outpatient counseling, and/or residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.

All previous conditions imposed by Judge Barnes in the original sentence, and by this Court remain in full force and effect.

SO ORDERED this 8th day of March, 2011.

                                                        /s/ Garnett Thomas Eisele
                                                  UNITED STATES DISTRICT JUDGE